Form r341y–r341 VAN–02
Rev. 05/2010

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

## **RENOTICE 341 MEETING**

**DEBTOR INFORMATION:**
Eureka Solutions
dba Mathnasium of Fullerton, dba Mathnasium of Corona

**BANKRUPTCY NO.** 2:20–bk–13651–BR

**CHAPTER** 7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** N/A
**Employer Tax–Identification (EIN) No(s).(if any):** 20–8611091
**Debtor Dismissal Date:** N/A

**Address:**
1230 Rosecrans Avenue
Suite 560
Manhattan Beach, CA 90266

**DEBTOR'S ATTORNEY:**
Leslie A Cohen
Leslie Cohen Law PC
506 Santa Monica Bl Ste 200
Santa Monica, CA 90401

310–394–5900

**TRUSTEE:**
Heide Kurtz (TR)
2515 S. Western Avenue #11
San Pedro, CA 90732

(310) 832–3604

Please take notice that the 341 meeting date has been reset for:

**Date:** May 19, 2020      **Time:** 08:00 AM
**Location:** TELEPHONIC MEETING, FOR INSTRUCTIONS, CONTACT THE TRUSTEE

Dated: April 17, 2020

By the Court,

**Kathleen J. Campbell**
Clerk of Court

(Form r341y–r341 VAN–02) Rev. 05/2010                                                        **4 / ELG**